LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734
lunsfordp001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 01 2008

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BETH DOST | ) | CIVIL NO. CV08 00048 SPK |
| | ) | |
| Plaintiff, | ) | COMPLAINT; SUMMONS   BMK |
| | ) | |
| vs. | ) | |
| | ) | |
| MNS, LTD. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT

Plaintiff BETH DOST, through her undersigned counsel, avers and alleges as follows:

### JURISDICTION AND VENUE

1. This court has original jurisdiction pursuant to 28 U.S.C. § 1331 through the federal question raised herein, namely the alleged violation of the Americans

With Disabilities Act of 1990 (hereinafter "ADA"), 42 U.S.C. §§ 12101 et seq., and has pendant jurisdiction over the parallel state law claim.

2. All events material hereto occurred within the District of Hawaii.

3. The plaintiff is a person with a disability who as a past and future patron of the defendant is or is about to be subjected to unlawful discrimination.

4. The defendant is a public accommodation, operating numerous places of public accommodation, namely convenience stores selling sundries, in Waikiki and elsewhere in Hawaii that fall under the ambit of the ADA, 42 U.S.C. §§ 12181 et seq. and is amenable to suit by any aggrieved person with disability for violation of the ADA and/or Hawaii Revised Statute § 347-13.

5. The defendant has violated and continues to violate the ADA and Hawaii Revised Statute §347-13 by having failed to eliminate barriers to equal accessibility, including but not limited to non-complying interior routes blocked by merchandise that impede access and thus discriminate against wheelchair users.

THEREFORE, THE PLAINTIFF RESPECTFULLY REQUESTS THE COURT enter judgment for the plaintiff and against the defendant and order the following relief:

A) A permanent injunction ordering the defendant's full compliance with the ADA within ninety (90) days and its continued compliance in the future;

B) Monetary damages in the amount of $1,000.00 as provided for in Hawaii Revised Statute § 347-13.5; and

C) Payment of plaintiff's reasonable costs and fees.

DATED: Honolulu, Hawaii, 2/1/08.

_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff