396784.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

RONALD Y.K. LEONG     #1194-0
WRAY H. KONDO         #2036-0
LANI NARIKIYO         #4826-0
STACI M. UWAINE       #8430-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808)544-8300
Facsimile No.: (808)544-8399
E-mail: lnarikiyo@wik.com

Attorneys for Defendant
MNS, LTD.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| BETH DOST, | CIVIL NO. CV08-00048 SPK BMK |
| Plaintiff, | DEFENDANT MNS LTD.'S ANSWER TO COMPLAINT; CERTIFICATE OF SERVICE |
| v. | |
| MNS, LTD. | |
| Defendant. | |

DEFENDANT MNS, LTD.'S ANSWER TO COMPLAINT

COMES NOW DEFENDANT MNS, LTD. ("Defendant"), by and through its attorneys, WATANABE ING & KOMEIJI LLP, and for Answer to the Complaint filed by Plaintiff BETH DOST ("Plaintiff") herein on February 1, 2008, alleges and avers as follows:

FIRST DEFENSE

1. The Complaint fails to state a claim against Defendant upon which relief can be granted.

SECOND DEFENSE

2.   With respect to the allegations contained in Paragraph 1 of the Complaint, Defendant states that 28 U.S.C. § 1331 speaks for itself and that the Americans With Disabilities Act ("ADA") confers original jurisdiction with the federal courts, but otherwise is without knowledge or information sufficient to form a belief as to the truth or falsity of such allegations and on such basis denies the same.

3.   With respect to the allegations contained in Paragraph 2 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of such allegations and on such basis denies the same.

3.   With respect to the allegations contained in Paragraph 3 of the Complaint, Defendant denies violation of the ADA and HRS § 347-13, but otherwise is without knowledge or information sufficient to form a belief as to the truth or falsity of such allegations and on such basis denies the same.

4.   With respect to the allegations contained in Paragraphs 4 and 5 of the Complaint, Defendant admits that Defendant operates stores in Hawaii, but denies discrimination against wheelchair users in violation of the ADA or HRS § 347-13.

5.   Defendant denies each and every allegation of the Complaint not specifically admitted to or controverted above.

THIRD DEFENSE

      6.    Plaintiff lacks standing.

FOURTH DEFENSE

      7.    Injunctive relief is unnecessary and inappropriate.

FIFTH DEFENSE

      8.    Defendant has acted in good faith.

SIXTH DEFENSE

      9.    Defendant's facilities are readily accessible.

SEVENTH DEFENSE

      10.    Plaintiff's claims are barred in whole or in part because the relief Plaintiff seeks is not readily achievable.

EIGHTH DEFENSE

      11.    Plaintiff's claims are barred in whole or in part because they are untimely.

NINTH DEFENSE

      12.    Defendant hereby reserves all rights to bring and assert further defenses, claims, and counter-claims, as discovery and the evidence may merit, and also reserves the right to name additional parties to this action.  Furthermore, by alleging the above defenses separately and additionally, Defendant intends no alteration of the burden of proof and/or burden of going forward with evidence which otherwise exists with respect to any particular issues at law or in equity.  All such defenses are

pled in the alternative and do not constitute an admission of liability or that the Plaintiff is entitled to any relief whatsoever.

    WHEREFORE, Defendant prays for judgment in its favor and requests that Plaintiff take nothing by way of her Complaint and further requests as follows:

    1.    That the Complaint be dismissed with prejudice against Defendant in its entirety;

    2.    That Defendant be awarded its costs and expenses incurred in connection with this action, including reasonable attorney's fees;

    3.    That Defendant be awarded such other further relief as the Court may deem just and proper.

    DATED:    Honolulu, Hawaii, February 25, 2008.

/s/ Lani Narikiyo
RONALD Y. K. LEONG
WRAY H. KONDO
LANI NARIKIYO
STACI M. UWAINE
Attorneys for Defendant
MNS, LTD.