LUNSFORD DOLE PHILLIPS #4407
1620 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 533-1734
lunsfordp001@hawaii.rr.com

Attorney for Plaintiff



**LODGED**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT

OCT 27 2008

at ___ o'clock and ___ P.M.
SUE BEITIA, STO

OCT 23 2008
1:45 pm A
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BETH DOST | ) | CIVIL NO. 08-00048 SPK/BMK |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE OF ALL |
| vs. | ) | CLAIMS AND PARTIES; ORDER |
| | ) | |
| MNS, LTD. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint be dismissed with prejudice.

There are no remaining parties and/or issues.

This stipulation is signed by or on behalf of all appearing parties hereunder described.

No trial week has been scheduled.


DATED: Honolulu, Hawaii, 10/17/08.


_____
LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff


_____
ELIZABETH ROBINSON
Attorney for Defendant


APPROVED AND SO ORDERED:


_____
U.S. Magistrate Judge
Hon. Barry M. Kurren
U.S. DISTRICT JUDGE


USDC CV. 08-00048 SPK/BMK; *DOST V. MNS, LTD*.; Stipulation For Dismissal
With Prejudice Of All Claims And Parties; Order